IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

    Plaintiff,                    No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff, a prisoner proceeding pro se with a civil rights action, has filed requests to file an amended complaint (docket nos. 21 & 22).

        Good cause appearing, IT IS HEREBY ORDERED:

        1. Plaintiff's motions to file an amended complaint are granted.

        2. Plaintiff's amended complaint shall be filed within forty-five days of the date of this order.

DATED: September 26, 2005.

                              UNITED STATES MAGISTRATE JUDGE

2 arte1004.amd

1