IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

    Plaintiff,                        No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, Jr., et al.,

    Defendants.                  ORDER

        Plaintiff has requested an extension of time to submit the documents for service as directed by the court's order of May 25, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 22, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: July 6, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
arte1004.36