IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

    Plaintiff,                      No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, Jr., et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983.

        By an order filed May 25, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the nine USM-285 forms and ten copies of his complaint required to effect service on the defendants. On July 3, 2006, plaintiff submitted the nine USM-285 forms but failed to include the address for service of defendant L.M. Puig.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form.

        2. Within thirty days, plaintiff shall submit to the court the USM-285 form with the address for service for defendant L.M. Puig required to effect service. Failure to return the

/////

1

completed form within the specified time period will result in a recommendation that this action be dismissed, as against defendant Puig at least.

DATED: August 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
arte1004.8f