IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

    Plaintiff,                    No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, Jr., et al.,

    Defendants.             ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' August 1, 2007 motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 13, 2007 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' August 1, 2007 motion for summary judgment.  Defendants' reply, if any, shall be filed seven days thereafter.

DATED: August 22, 2007.

                                    U.S. MAGISTRATE JUDGE

/mp
arte1004.36