IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

     Plaintiff,                     No. CIV. S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, JR., et al,

     Defendants.           <u>ORDER</u>

_____/

        Defendants have asked the court to vacate the remaining dates in the court's January 31, 2007 scheduling order. The motion is well-taken.

        IT IS HEREBY ORDERED that the remaining dates in the January 31, 2007 scheduling order, those for filing pretrial statements, pretrial conference, and trial are hereby vacated, to be reset, if necessary, following resolution of the pending motion for summary judgment.

DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

2 /arte1004.vso

1