IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

        Plaintiff,                    No. CIV S-03-1004 FCD KJM P

   vs.

EDWARD ALAMEIDA, JR., et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On July 26, 2007, the court denied plaintiff's motion for subpoenas, interpreting it as a request that the court bear the costs of witness fees and mileage. On September 19, 2007, plaintiff filed a letter, explaining that he was not asking the court to authorize payment of his witness-related expenses and asking again for six blank subpoena forms.

        In light of the pending motion for summary judgment, the court cannot determine whether any live testimony will be required.

/////

/////

/////

/////

1

1    IT IS THEREFORE ORDERED that plaintiff's September 19, 2007 request for
2 subpoenas is denied without prejudice to its renewal if and when a new trial date is set.
3 DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2
arte1004.sub

2