IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

        Plaintiff,                    No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the February 11, 2008 findings and recommendations. Plaintiff filed his objections on March 3, 2008. Plaintiff's objections will be deemed timely. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 3, 2008 objections to the court's findings and recommendations are deemed timely; and

        2. Plaintiff's request for an extension of time (docket no. 76) is moot.

DATED: March 5, 2008.

                                         U.S. MAGISTRATE JUDGE

/mp
arte1004.36