IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

        Plaintiff,                  No. CIV S-03-1004 FCD KJM P

   vs.

EDWARD ALAMEIDA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On April 17, 2008, defendants filed a second motion for summary judgment. On May 21, 2008, this court granted plaintiff's request for an extension of time to oppose the motion.

        On June 23, 2008, plaintiff filed a request for postponement of further proceedings on the motion (docket no. 86), noting that the parties are involved in settlement negotiations.

        IT IS HEREBY ORDERED that:

        1. Defendants' motion for summary judgment (docket no. 83) is denied without prejudice to its renewal should the parties be unable to reach a settlement in this case. Should defendants wish to renew the motion, they do not need to file the same pleadings a second time but should inform the court of their desire to reopen and proceed on the motion filed April 17, 2008.

/////

2. The parties are directed to file reports of the status of their attempts to settle the case; the first report is due sixty days from the date of this order, with subsequent reports due at sixty day intervals until any settlement is finalized or the parties are finally unable to reach settlement.

DATED: July 9, 2008

_____
U.S. MAGISTRATE JUDGE

2/ke

arte1004.36sec