IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

        Plaintiff,                     No. CIV S-03-1004 FCD KJM P

    vs.

EDWARD ALAMEIDA, et al.,

        Defendants.           ORDER

_____/

         All parties have stipulated that this action be dismissed.  Accordingly, IT IS

HEREBY ORDERED that this action is dismissed with prejudice.

DATED:  December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

2

arte1004.59

1